NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1325

NEUTRINO DEVELOPMENT CORPORATION,

Plaintiff/Counterclaim Defendant-
Appellee,

and

RICHARD T. REDANO,

Counterclaim-Defendant Appellee,

v.

SONOSITE, INC.,

Defendant/Counterclaimant Appellant.

William C. Norvell, Jr., Beirne, Maynard & Parsons, L.L.P., of Houston, Texas, argued for plaintiff/counterclaim defendant-appellee and counterclaim-defendant appellee. With him on the brief were Scott D. Marrs and Brian T. Bagley.

Paul E. Krieger, Fulbright & Jaworski L.L.P., of Houston, Texas, argued for defendant/counterclaimant-appellant. With him on the brief were Lucas T. Elliot, William J. Boyce, and C. Erik Hawes.

Appealed from: United States District Court for the Southern of Texas

Judge John D. Rainey

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1325

NEUTRINO DEVELOPMENT CORPORATION,

Plaintiff/Counterclaim Defendant-
Appellee,

and

RICHARD T. REDANO,

Counterclaim-Defendant
Appellee,

v.

SONOSITE, INC.,

Defendant/Counterclaimant
Appellant.

# Judgment

ON APPEAL from the       United States District Court for the Southern District of Texas

in CASE NO(S).       01-2484

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, FRIEDMAN, and SCHALL, <u>Circuit Judges</u>).

<u>AFFIRMED. See Fed. Cir. R. 36.</u>

ENTERED BY ORDER OF THE COURT

DATED   <u>March 14, 2008</u>       <u>/s/ Jan Horbaly</u>
                                       <i>Jan Horbaly, Clerk</i>